# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 6 WM 2022
:
Respondent   :
:
v.   :
:
:
MICHAEL J. PENDLETON,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2022, the "Petition for King's Bench Jurisdiction or Extraordinary Relief" and the "Application for an Immediate Hearing" are DENIED.